# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SPOUTHERN DIVISION

| | |
|---|---|
| DALE E. CRAGGS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 19-03081-CV-S-BP |
| | ) |
| FAST LANE CAR WASH & LUBE L.L.C., | ) |
| d/b/a IN & OUT CAR WASH, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 12TH day of September, 2019, the parties herein having filed a Notice of Dismissal pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed without prejudice. Each party to bear its own costs.

                                            AT THE DIRECTION OF THE COURT

                                            Paige Wymore-Wynn, Clerk of Court
                                                     **/s/ Tracey Richard**
                                                       Deputy Clerk

Date: September 12, 2019